## ALLEN v. ROGERS.

The pending of an action on book, no bar to the defendant's suing the plaintiff on book.

ERROR to reverse a judgment of a justice in an action of book-debt Rogers v. Allen.

To which the defendant plead in bar — That having prayed oyer of the plaintiff's book; all the articles charged therein were delivered more than six years before the date and impetration of the plaintiff's writ, and by the statute in addition to an act concerning book-debts the plaintiff was barred of any recovery.

The plaintiff replied — That the said Allen brought his action against him on book, per writ dated the 30th of April, A. D. 1792, to be answered on the 7th of May then next, to which said Rogers plead that he owed the said Allen nothing by book, but that the plaintiff was in arrear in debt to the defendant; which cause was adjourned to the 19th of said May, when on trial the plaintiff found that he owed the defendant, and withdrew said action; by which means the plaintiff was prevented suing for his debt. Demurrer.

Judgment — That the reply of the plaintiff is sufficient, and that he recover.

Error assigned — That said reply ought to have been adjudged insufficient.

Judgment — Manifest error; for said Allen's action was no bar to Rogers's suing for his debt; and the statute is peremptory unless the debt is sued for within the time limited, and said Allen's action did not put said Rogers's book in suit, although he might have recovered in that action the balance which was due to him.